Case 1:19-cv-00278-NONE-BAM   Document 40   Filed 09/20/21   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SHELBY TOLBERT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAELS, *et al.*,<br><br>　　　　　　Defendants. | No. 1:19-cv-00278-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANT'S MOTION TO DISMISS<br><br>(Doc. No. 39) |

　　　　Plaintiff Edward Shelby Tolbert is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on plaintiff's third amended complaint against defendant Michael[1] for deliberate indifference in violation of the Eighth Amendment.

　　　　On August 18, 2021, the assigned magistrate judge issued findings and recommendations that defendant Michael's motion to dismiss be denied.  (Doc. No. 39.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 7.)  No objections have been filed, and the deadline to do so has expired.

/////

---

[1] Erroneously sued as "Michaels."

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 18, 2021, (Doc. No. 39), are adopted in full;
2. Defendant Michael's motion to dismiss, (Doc. No. 29), is denied; and
3. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **September 17, 2021**              Dale A. Drozd
                                            UNITED STATES DISTRICT JUDGE