# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SHELBY TOLBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAELS, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:19-cv-00278-NONE-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT MICHAEL TO FILE RESPONSIVE PLEADING<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Edward Shelby Tolbert ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Following the District Judge's order adopting the findings and recommendations to deny Defendant Michael's motion to dismiss, this action proceeds on Plaintiff's third amended complaint against Defendant Michael for deliberate indifference in violation of the Eighth Amendment.  (ECF No. 40.)

Accordingly, Defendant Michael shall file an answer to Plaintiff's third amended complaint within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 21, 2021**　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1