UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SHELBY TOLBERT,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAELS, *et al.*,<br><br>   Defendants. | Case No.: 1:19-cv-00278-BAM (PC)<br><br>ORDER THAT INMATE EDWARD SHELBY TOLBERT IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Edward Shelby Tolbert is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on December 14, 2021. Inmate Edward Shelby Tolbert, CDCR #D-24710, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 14, 2021**                                        _____
                                                                              UNITED STATES MAGISTRATE JUDGE