# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD SHELBY TOLBERT,**<br><br>              **Plaintiff,**<br><br>       **v.**<br><br>**MICHEAL,**<br><br>              **Defendant.** | Case No.: 1:19-cv-00278-BAM (PC)<br><br>**ORDER TO RECAPTION CASE AND CORRECT SPELLING OF DEFENDANT'S NAME** |

   This action proceeds only against Defendant Michel A. Michael, and the caption currently reflects an incorrect spelling of Defendant Michael's name.  Therefore, the caption should reflect that this action no longer proceeds against any other defendants, that there are no longer multiple defendants, and the correct spelling of Defendant's name.  Accordingly, the caption for this case shall be as reflected above and the Clerk of the Court is directed to correct Defendant Michael's name on the docket.

IT IS SO ORDERED.

   Dated:   **December 15, 2021**             /s/ *Barbara A. McAuliffe*             
                                             UNITED STATES MAGISTRATE JUDGE