## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SHELBY TOLBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL,<br><br>    Defendant. | Case No. 1:19-cv-00278-BAM (PC)<br><br>ORDER VACATING DECEMBER 1, 2022, HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 56, 57) |

Plaintiff Edward Shelby Tolbert ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's third amended complaint against Defendant Michael ("Defendant") for deliberate indifference in violation of the Eighth Amendment. All parties have consented to Magistrate Judge jurisdiction. (ECF No. 48.)

On October 14, 2022, Defendant filed a motion for summary judgment. (ECF No. 56.) Defendant filed an amended motion for summary judgment on October 17, 2022. (ECF No. 57.) Defendant set a motion for hearing before the undersigned on December 1, 2022, at 8:30 a.m. (ECF Nos. 56, 57.) On October 17, 2022, the Court also issued a Second Informational Order containing the required *Rand* warning and extending the deadline for Plaintiff to file an opposition to the motion for summary judgment. (ECF No. 58.)

///

The parties are advised that "all motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding *in propia persona*, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar." Local Rule 230(l). As it appears Plaintiff remains in custody, the hearing on Defendant's motion for summary judgment shall be vacated. The Court further notes that it is the Court's general practice to continue to apply Local Rule 230(l) and certain other local rules concerning actions in which one party is incarcerated and proceeding *in propia persona*, even when the *pro se* plaintiff is no longer incarcerated.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion hearing set for December 1, 2022 before the undersigned, is VACATED; and

2. Pursuant to the Court's Second Informational Order, (ECF No. 58), Plaintiff's opposition to Defendant's motion for summary judgment remains due on or before **November 10, 2022**.

IT IS SO ORDERED.

Dated:   **October 18, 2022**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE