# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SHELBY TOLBERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL,<br><br>　　　　Defendant. | Case No. 1:19-cv-00278-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF Nos. 56–58)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff Edward Shelby Tolbert ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's third amended complaint against Defendant Michael for deliberate indifference in violation of the Eighth Amendment. All parties have consented to Magistrate Judge jurisdiction. (ECF No. 48.)

　　　　On October 14, 2022, Defendant filed a motion for summary judgment, (ECF No. 56), and an amended motion for summary judgment on October 17, 2022, (ECF No. 57). On October 18, 2022, the Court issued a second informational order providing Plaintiff with notice of the requirements for opposing a motion for summary judgment. *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th Cir. 1988). (ECF No. 58.) Pursuant to Local Rule 230(l) and Federal Rule of

Civil Procedure 6(d), Plaintiff's opposition or statement of non-opposition was due on or before November 10, 2022. The deadline for Plaintiff to respond to Defendant's motion for summary judgment has expired, and he has not otherwise been in contact with the Court. Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

      Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **twenty-one (21) days** of service of this order why this action should not be dismissed, with prejudice, for failure to prosecute. Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendant's motion for summary judgment. **<u>Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed, with prejudice, for failure to prosecute</u>.**

IT IS SO ORDERED.

Dated:  **November 28, 2022**          /s/ *Barbara A. McAuliffe*          
                                                   UNITED STATES MAGISTRATE JUDGE